UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-101-1H

IN RE: :
  :
CRIMINAL INFORMATION : ORDER TO SEAL INFORMATION
ERIC MCCRAE WILLIAMS : AND PLEA AGREEMENT

Upon motion of the United States, it is hereby ORDERED that the Information in the above-captioned case, being filed on September 20, 2011.

It is FURTHER ORDERED that the Plea Agreement in the above-captioned case also be sealed. The Clerk may temporarily unseal the Criminal Information and Plea Agreement to provide copies to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Criminal Information and Plea Agreement upon motion of the United States Attorney.

This the  20th  day of September, 2011.

MALCOLM J. HOWARD
SENIOR U.S. DISTRICT JUDGE